**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEVIN JESSE WALKER, | ) | NO. CV 10-834-GAF(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| BUREAU OF PRISONS, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

For the reasons stated in the Report and Recommendation, IT IS ORDERED that: (1) the Motion be denied; and (2) Judgment be entered dismissing the action without prejudice.

///

///

///

///

     IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: September 27, 2010.

```
                              _____
                                      GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE
```