**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEVIN JESSE WALKER, | ) | NO. CV 10-834-GAF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BUREAU OF PRISONS, et al., | ) | |
| Defendants. | ) | |

   IT IS ADJUDGED that: (1) the Motion is denied; and (2) Judgment is entered dismissing the action without prejudice.

DATED: September 27, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE